IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

C. J. SCHILLING,

    Plaintiff,

vs.                              No. 1:11-CV-01081-MCA-ACT

CROT TRANSPORT, INC.,
CARLOS RODRIGUEZ GARCIA,
JULIO GARCIA GONZALES, AND
CASTLEPOINT FLORIDA INSURANCE COMPANY,
a foreign corporation and non-resident insurance company
doing business in New Mexico,

    Defendants.

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court on the Parties' Joint Motion to Dismiss with Prejudice, by and through their respective counsel of record, and the Court having read said Motion, having reviewed this Stipulated Order presented by the parties for the Court's approval, and otherwise being fully advised in the premises, **FINDS** that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Complaint of the Plaintiff against Defendants, and all causes of action that were or could have been brought therein against Defendants CROT Transport, Inc., Carlos Rodriguez Garcia, Julio Garcia Gonzales and CastlePoint Florida Insurance Company are dismissed with prejudice. It is additionally **ORDERED** that each party shall bear their own attorney's fees and costs.

                                                      _____
                                                    **The Honorable Judge M. Christina Armijo**
                                                    U. S. District Court Judge

**SUBMITTED BY:**

**CIVEROLO, GRALOW, HILL & CURTIS**
A Professional Association

By     *Justin L. Robbs 8/7/2012*
Lance D. Richards
Justin L. Robbs
P.O. Box 887
Albuquerque, New Mexico 87103
Phone: 505/842-8255
Fax: 505/764-6099
*Attorney for Defendants Julio Garcia Gonzales,
CROT Transport Inc., Carlos Rodriguez Garcia and
Castlepoint Florida Insurance Company*

**APPROVED BY:**

WILL FERGUSON & ASSOCIATES

By:            *Approved 8/7/2012*
Robert C. Gutierrez, Esquire
Attorneys for Plaintiff
Will Ferguson & Associates
10090 Coors Boulevard, NW, Suite A
Albuquerque, New Mexico 87110
Phone: 243-5566; Fax: 897-2279

13700.002; 11-CV-1081, MCA-ACT, Stipulated Order for Dismissal with Prejudice.doc

2